IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM C. SQUIRES,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION 11-0413-WS-M |
| ) | |
| **BAC HOME LOANS SERVICING, LP,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

This action comes before the Court on the Joint Stipulation of Dismissal (doc. 27) signed by all parties by and through their respective counsel.  The Stipulation reflects that the parties mutually consent to the dismissal with prejudice of all claims asserted in this action.  Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss his or her action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed.  Accordingly, it is **ordered** that this action is **dismissed with prejudice**, each party to bear his, her or its own costs.

DONE and ORDERED this 6th day of March, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE